UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

In Re:                                              )
                                                    )
BRADLEY KINTA BOYD          xxx-xx-9183  )
NINA RENAE BOYD             xxx-xx-2016  )
4363 ELAND COURT                              )
WINSTON SALEM, NC 27127                  )
                                                    )
                                                    )
                                                    )   Case No. 19-50129 C-13
                                                    )
         Debtor(s).                         )

NOTICE OF PLAN AND TIME FOR FILING OBJECTION THERETO

1. The plan filed by the Debtor(s) on March 14, 2019, Docket No. 14 ("Proposed Plan"), will be confirmed without a hearing after the time period for filing objections has expired unless a timely objection is filed or the Court issues a further notice of hearing on confirmation.

2. If a timely objection is filed, a hearing on the objection to confirmation and on confirmation of the Proposed Plan will be held on May 7, 2019, at 9:30 a.m., in the Courtroom, First Floor, U.S. Bankruptcy Court, 226 South Liberty Street, Winston-Salem, NC, 27101-2115. The party objecting must appear at the hearing.

3. Written, detailed objections must be filed at least **seven (7)** days before the date set for hearing on confirmation. Any objection must be filed with the Clerk of Court via CM/ECF or at U.S. Bankruptcy Court, 226 South Liberty Street, Winston-Salem, NC, 27101-2115, with copies served on (1) Kathryn L. Bringle, Trustee, P.O. Box 2115, Winston-Salem, NC, 27102-2115; (2) the Attorney for the Debtor(s); and (3) the Debtor(s). If the objecting party is a business entity other than a sole proprietorship, the objection must be filed by legal counsel admitted to practice in this Court.

4. The Debtor(s) and the Attorney for the Debtor(s) are required to appear at any hearing on confirmation.

5. Any order confirming the plan will be served on all parties.

DATE: April 2, 2019                          Office of the Clerk
                                                   Reid Wilcox, Clerk